## Trans Continental Airlines Travel Service, Inc.
## Stock -- Exhibit B

| | Name | Deposits | Withdrawals | Amount of Restitution |
|---|---|---|---|---|
| 1 | Aist, Kevin IRA | 27,040.00 | (13,520.00) | 13,520.00 |
| 2 | Alkow, Beverly | 117,012.46 | - | 117,012.46 |
| 3 | Alkow, Beverly FBO Retirement Accounts, Inc. | 3,190.00 | - | 3,190.00 |
| 4 | Alkow, Beverly FBO Retirement Accounts, Inc. | 113,180.04 | - | 113,180.04 |
| 5 | Alkow, Beverly FBO Retirement Accounts, Inc. | 131,785.87 | - | 131,785.87 |
| 6 | Alkow, Mitchell L. | 89,562.40 | (85,800.00) | 3,762.40 |
| 7 | Alkow, Nadia | 39,833.65 | (25,000.00) | 14,833.65 |
| 8 | Alkow, Nadia | 82,655.53 | (50,000.00) | 32,655.53 |
| 9 | Andreadis, Christine | 55,000.00 | - | 55,000.00 |
| 10 | Andreadis, George | 46,770.00 | - | 46,770.00 |
| 11 | Andreadis, George Panchian Fund / Physically Challenged | 5,000.00 | - | 5,000.00 |
| 12 | Andreadis, George Chian Federation | 5,000.00 | - | 5,000.00 |
| 13 | Andreadis, George, Infant | 20,000.00 | - | 20,000.00 |
| 14 | Andreadis, Nikos | 56,730.00 | - | 56,730.00 |
| 15 | Andreadis-Winneg, Clea | 55,000.00 | - | 55,000.00 |
| 16 | Arkin, Deborah B. | 40,000.00 | - | 40,000.00 |
| 17 | Arkin, Steven I. | 45,000.00 | - | 45,000.00 |
| 18 | Arnold, Jack A. | 163,603.39 | - | 163,603.39 |
| 19 | Auriemma, Daniel Auriemma, Mary | 7,500.00 | - | 7,500.00 |
| 20 | Balzano, Rocco Balzano, Lori | 15,000.00 | - | 15,000.00 |
| 21 | Belodoff, Bruce B. | 100,871.04 | (50,000.00) | 50,871.04 |
| 22 | Bennett, Richard A. | 35,000.00 | (9,649.59) | 25,350.41 |
| 23 | Berkowitz, Helaine Berkowitz, Muriel | 6,000.00 | (1,258.07) | 4,741.93 |
| 24 | Berman Trust Melvin & Virginia Berman TTS | 50,000.00 | - | 50,000.00 |
| 25 | Beyer, Lesli | 10,497.29 | - | 10,497.29 |
| 26 | Bishel, Scott W. | 3,000.00 | (1,500.00) | 1,500.00 |
| 27 | Blender, Norma Jean TTEE FBO N. J. Blender | 33,342.76 | (29,000.00) | 4,342.76 |
| 28 | Boenig Family Revoc Trust Leonard & Phyllis Boenig TTS | 100,000.00 | - | 100,000.00 |
| 29 | Boenig, Jeffrey | 10,000.00 | - | 10,000.00 |
| 30 | Boenig, Thomas FBO Retirement Accounts, Inc. | 354,490.00 | - | 354,490.00 |
| 31 | Boenig, Thomas E. | 355,000.00 | - | 355,000.00 |

| | Name | Deposits | Withdrawals | Amount of Restitution |
|---|---|---|---|---|
| 32 | Bogal, Elaine | 57,130.65 | (4,000.00) | 53,130.65 |
| 33 | Bonanza, Robert<br>Bonanza, Carol | 100,000.00 | (55,000.00) | 45,000.00 |
| 34 | Bonanza, Russell<br>Murray, Shawn | 15,000.00 | - | 15,000.00 |
| 35 | Boone, Francesca | 100,000.00 | - | 100,000.00 |
| 36 | Boone, Francesca Elder | 20,000.00 | - | 20,000.00 |
| 37 | Booth, Elvin L Revoc Trust | 209,000.00 | (47,000.00) | 162,000.00 |
| 38 | Booth, Jacqueline M.<br>Revoc Trust | 139,000.00 | (42,000.00) | 97,000.00 |
| 39 | Brock, James G. | 88,000.00 | (29,000.00) | 59,000.00 |
| 40 | Bromberg, Anne | 20,000.00 | (15,792.74) | 4,207.26 |
| 41 | Browning, Barbara-401K | 11,320.00 | (4,660.00) | 6,660.00 |
| 42 | Browning, Jeff<br>c/o Barbara Cotter | 31,000.00 | (28,017.00) | 2,983.00 |
| 43 | Burney, Kimberly | 228.56 | - | 228.56 |
| 44 | Calix, Elaine | 98,512.81 | (92,300.00) | 6,212.81 |
| 45 | Calix, Elaine | 180,380.57 | - | 180,380.57 |
| 46 | Calix, Elaine<br>Calix, Luis | 8,942,389.40 | (3,852,893.13) | 5,089,496.27 |
| 47 | Calix, Elaine ITF<br>Joshua Shawn Calix | 59,199.90 | - | 59,199.90 |
| 48 | Calix, Elaine ITF<br>Burton Howard Calix | 46,941.33 | (12,500.00) | 34,441.33 |
| 49 | Calix, Elaine ITF<br>Rebecca Janine Calix | 47,441.33 | - | 47,441.33 |
| 50 | Canner, Cheri J. | 5,000.00 | (1,257.08) | 3,742.92 |
| 51 | Capital Electric Co. | 126,680.00 | (63,340.00) | 63,340.00 |
| 52 | Chadwell, David R. | 545,000.00 | (232,500.00) | 312,500.00 |
| 53 | Chadwell, James M. | 525,000.00 | (212,500.00) | 312,500.00 |
| 54 | Chatfield, Joel | 28,000.00 | - | 28,000.00 |
| 55 | Chatfield, Joel | 29,500.00 | - | 29,500.00 |
| 56 | Chernove, Adrianne | 25,000.00 | (17,524.00) | 7,476.00 |
| 57 | Chernove, Bernice Revoc<br>Trust<br>Bernice Chernove TTEE | 645,986.49 | (23,500.00) | 622,486.49 |
| 58 | Chow, Dr. Joseph | 4,450,600.00 | (756,300.00) | 3,694,300.00 |
| 59 | Chow, Joseph<br>ASIA, East/West<br>Investment | 1,000,000.00 | - | 1,000,000.00 |
| 60 | Christensen, Angela K. | 8,400.00 | (7,000.00) | 1,400.00 |
| 61 | Christensen, James R. | 5,700.00 | (4,000.00) | 1,700.00 |
| 62 | Christensen, Julie M. | 21,150.00 | (21,000.00) | 150.00 |
| 63 | Christensen, Marci N. | 13,500.00 | (13,000.00) | 500.00 |
| 64 | Clark, Gerda | 6,000.00 | | 6,000.00 |
| 65 | Cohen, Herb | 25,000.00 | - | 25,000.00 |
| 66 | Cohen, Richard | 25,000.00 | - | 25,000.00 |

| | Name | Deposits | Withdrawals | Amount of Restitution |
|---|---|---|---|---|
| 67 | Concrete Assur. Corp Profit Sharing Plan FBO Fiserv | 357,000.00 | (61,000.00) | 296,000.00 |
| 68 | Condict, Stephen H. | 52,396.80 | (15,000.00) | 37,396.80 |
| 69 | Copon, Michael | 50,000.00 | - | 50,000.00 |
| 70 | Coren, Roberta Liv Trust Roberta Coren TTEE | 77,263.54 | (1,200.00) | 76,063.54 |
| 71 | Cotter, Barbara FBO Retirement Accounts, Inc. | 15,500.00 | (194.00) | 15,306.00 |
| 72 | Coyle, Gordon F. | 300,000.00 | - | 300,000.00 |
| 73 | Coyle, Richard | 545,000.00 | (6,000.00) | 539,000.00 |
| 74 | Curiano, Robert Curiano, Rose Marie | 6,324.77 | - | 6,324.77 |
| 75 | Curiano, Robert P. | 128,874.27 | (105,216.00) | 23,658.27 |
| 76 | Dack, Judith Swirnow | 88,089.09 | - | 88,089.09 |
| 77 | Depratter, Randy G. | 60,000.00 | - | 60,000.00 |
| 78 | Deutch, Renee Deutch, Amie | 5,000.00 | - | 5,000.00 |
| 79 | Eberiel, Mary Eberiel, David | 3,201,000.00 | (6,000.00) | 3,195,000.00 |
| 80 | Elk, Ruth | 340,937.50 | (24,000.00) | 316,937.50 |
| 81 | Erdman Revoc Trust Leonard & Pauline Erdman TTS | 40,000.00 | - | 40,000.00 |
| 82 | Erdman Revoc Trust Leonard & Pauline Erdman TTS | 177,510.00 | - | 177,510.00 |
| 83 | Erdman, James E. | 5,000.00 | - | 5,000.00 |
| 84 | Erdman, John L. | 5,000.00 | - | 5,000.00 |
| 85 | Erdman, Thomas | 5,000.00 | - | 5,000.00 |
| 86 | Esch, Charlotte | 10,000.00 | (5,000.00) | 5,000.00 |
| 87 | Esch, Cora Trust Cora Esch TTEE | 100,000.00 | - | 100,000.00 |
| 88 | Esch, David Custodian For Aimme Lynne Esch | 5,055.00 | - | 5,055.00 |
| 89 | Esch, David Custodian For Amanda Linnette Esch | 5,055.00 | - | 5,055.00 |
| 90 | Esch, David Custodian For Amanda Linnette Esch | 5,055.00 | - | 5,055.00 |
| 91 | Esch, David Custodian For Anthony David Guadagni | 5,055.00 | - | 5,055.00 |
| 92 | Esch, David Custodian For Cody Austin Esch | 5,055.00 | - | 5,055.00 |
| 93 | Esch, David Custodian For Dannielle Lou Esch | 5,055.00 | - | 5,055.00 |
| 94 | Esch, Donald | 80,000.00 | - | 80,000.00 |

Trans Continental Airlines Travel Service, Inc.
Stock -- Exhibit B

| | Name | Deposits | Withdrawals | Amount of Restitution |
|---|---|---|---|---|
| 95 | Esch, Gerald David | 27,245.00 | (20,000.00) | 7,245.00 |
| 96 | Esch, Ken | 10,000.00 | (5,000.00) | 5,000.00 |
| 97 | Ferderigos, Ken | 88,079.16 | (71,665.17) | 16,413.99 |
| 98 | Ferraina, Frank<br>Ferraina, Catherine | 120,000.00 | - | 120,000.00 |
| 99 | Flaster, Bonny M. or POD<br>Lynn & Jessica Kepford | 156,782.87 | - | 156,782.87 |
| 100 | Flaster, Elaine  FBO<br>Retirement Accounts, Inc. | 37,749.52 | (27,151.52) | 10,598.00 |
| 101 | Flaster, Elaine Rita<br>WJROS Bonny Flaster | 114,910.02 | (69,473.24) | 45,436.78 |
| 102 | Flaster, Elaine Rita<br>WJROS Lynn Kepford | 114,909.01 | (81,473.24) | 33,435.77 |
| 103 | Flaster, Leni  WJROS<br>Jessica Kepford | 151,035.71 | (72,246.08) | 78,789.63 |
| 104 | Flaster, Patricia Hansen | 10,000.00 | - | 10,000.00 |
| 105 | Freeman, Andrew  FBO<br>Retirement Accounts, Inc. | 31,040.00 | - | 31,040.00 |
| 106 | Freeman, Heidi B.<br>Freeman, Jason M.<br>Freeman, Zachary T. | 52,000.00 | (34,600.00) | 17,400.00 |
| 107 | Friedberg, Bernard | 25,000.00 | (4,932.16) | 20,067.84 |
| 108 | Gagliolo, Bruce<br>Gagliolo, Suzanne | 30,000.00 | (15,000.00) | 15,000.00 |
| 109 | Garfunkel, Jerome | 123,890.04 | (99,000.00) | 24,890.04 |
| 110 | Garfunkel, Sharon L. IRA<br>Fiserv ISS & Co | 26,302.79 | (4,285.37) | 22,017.42 |
| 111 | Garren, Larry   FBO<br>Fiserv ISS & Co. | 118,000.00 | (59,000.00) | 59,000.00 |
| 112 | Gaylor Family Trust<br>Raymond & Oayka Gaylor | 15,000.00 | (2,600.00) | 12,400.00 |
| 113 | Gill, David S. | 10,000.00 | (5,000.00) | 5,000.00 |
| 114 | Gill, Emily L. | 2,000.00 | (1,000.00) | 1,000.00 |
| 115 | Gleicher, Charles | 40,000.00 | (20,000.00) | 20,000.00 |
| 116 | Gleicher, Lisa | 20,000.00 | (10,000.00) | 10,000.00 |
| 117 | Gleicher, Maxine | 20,000.00 | (10,000.00) | 10,000.00 |
| 118 | Gleicher, Michael | 30,000.00 | (15,000.00) | 15,000.00 |
| 119 | Golden, Don Revoc Trust<br>Don Golden TTEE | 102,666.39 | (101,409.55) | 1,256.84 |
| 120 | Golden, Fran | 101,256.84 | (101,250.00) | 6.84 |
| 121 | Goodman, Barbara | 15,674.37 | - | 15,674.37 |
| 122 | Goodman, Barbara   FBO<br>Retirement Accounts, Inc. | 10,000.00 | - | 10,000.00 |
| 123 | Greenberg, Monica<br>Greenberg, Joel | 100,218.94 | (99,084.00) | 1,134.94 |

| | Name | Deposits | Withdrawals | Amount of Restitution |
|---|---|---|---|---|
| 124 | Gross, Michelle | 1,000.00 | - | 1,000.00 |
| 125 | Gross, Shana | 1,000.00 | - | 1,000.00 |
| 126 | Halsey, Alan B. Halsey, Rhonda | 35,000.00 | - | 35,000.00 |
| 127 | Helft, Lawrence B. Helft, B. Loerine | 130,000.00 | - | 130,000.00 |
| 128 | Helton, Glaen | 9,000.00 | - | 9,000.00 |
| 129 | Helton, Hunter | 9,000.00 | - | 9,000.00 |
| 130 | Helton, Morgan | 9,000.00 | - | 9,000.00 |
| 131 | Helton, Sharon | 30,000.00 | (27,000.00) | 3,000.00 |
| 132 | Helton, Sharon FBO Retirement Accounts, Inc. | 236,705.89 | - | 236,705.89 |
| 133 | Hettleman, Stuart | 28,089.09 | - | 28,089.09 |
| 134 | Hirshman, Andrea | 2,500.00 | (1,022.31) | 1,477.69 |
| 135 | Hirshman, Frances FBO Retirement Accounts, Inc. | 3,500.00 | - | 3,500.00 |
| 136 | Hooker, James A. | 50,000.00 | (47,500.00) | 2,500.00 |
| 137 | Horwitz, Phyllis | 259,000.00 | (68,000.00) | 191,000.00 |
| 138 | Hudson, Willie FBO Retirement Accounts, Inc. | 70,000.00 | (35,000.00) | 35,000.00 |
| 139 | Hultgren, Paul J. | 550,000.00 | (125,000.00) | 425,000.00 |
| 140 | Hummer, Dimple Hummer, Clayton | 41,000.00 | (11,500.00) | 29,500.00 |
| 141 | Ianuzzi, Ralph J. | 100,000.00 | (61,257.11) | 38,742.89 |
| 142 | III, Antonia L. III, Mark S. | 7,000.00 | - | 7,000.00 |
| 143 | Iovanna, Katherine A. | 15,000.00 | - | 15,000.00 |
| 144 | Jonas, Alan Jonas, Kathy | 130,000.00 | (95,000.00) | 35,000.00 |
| 145 | Jonas, Barry | 20,000.00 | - | 20,000.00 |
| 146 | Jonas, Brian | 50,000.00 | - | 50,000.00 |
| 147 | Jonas, Michael | 50,000.00 | - | 50,000.00 |
| 148 | Jordan, Roberta D. | 269,000.00 | (97,000.00) | 172,000.00 |
| 149 | Joseph, Stanford R. | 440,987.56 | (62,795.70) | 378,191.86 |
| 150 | Kartz, Keith | 10,000.00 | - | 10,000.00 |
| 151 | Kauffman, Barbara E. Horwitz, Alan J. | 35,500.00 | - | 35,500.00 |
| 152 | Kepford Living Trust Lynn Kepford TTEE | 112,000.00 | - | 112,000.00 |
| 153 | Kepford, Jessica | 80,000.00 | (15,000.00) | 65,000.00 |
| 154 | Kowall, Janet C. | 574,527.54 | (5,000.00) | 569,527.54 |
| 155 | Krantz, Joel Krantz, Audrey S. | 136,637.88 | (44,427.10) | 92,210.78 |
| 156 | Krauss, Gerald Krauss, Marcia | 67,000.00 | (39,800.00) | 27,200.00 |
| 157 | Kreindler, Eva | 47,639.19 | (44,135.51) | 3,503.68 |
| 158 | Kreindler, Eva IRA | 86,168.28 | (70,000.00) | 16,168.28 |

Trans Continental Airlines Travel Service, Inc.
Stock -- Exhibit B

| | Name | Deposits | Withdrawals | Amount of Restitution |
|---|---|---|---|---|
| 159 | Kronish, Alan D. Kronish, Renee | 15,000.00 | (5,119.70) | 9,880.30 |
| 160 | Kruse, Jane A. | 22,000.00 | (10,000.00) | 12,000.00 |
| 161 | Kurtzer, Thomas Kurtzer, Leanore | 30,000.00 | (15,000.00) | 15,000.00 |
| 162 | Labarge, Thomas R. | 984,000.00 | (250,000.00) | 734,000.00 |
| 163 | Labarge, Thomas R. IRA | 475,000.00 | - | 475,000.00 |
| 164 | Lalo, Deborah K. Lalo, Ygal | 38,000.00 | - | 38,000.00 |
| 165 | Lark Carol Lark, Gary | 100,000.00 | - | 100,000.00 |
| 166 | Lark, Chase Trust Gary Lark TTEE | 10,000.00 | - | 10,000.00 |
| 167 | Lark, Kyle Trust Gary Lark TTEE | 10,000.00 | - | 10,000.00 |
| 168 | Lauria, Edward J. Trust Edward J. Lauria TTEE | 373,340.39 | (86,537.62) | 286,802.77 |
| 169 | Lawrence, Dixie Litten | 100,000.00 | (98,712.71) | 1,287.29 |
| 170 | Lazenby, George | 237,765.39 | (200,000.00) | 37,765.39 |
| 171 | Legaspi-Garfunkel, Angie | 45,000.00 | (23,174.34) | 21,825.66 |
| 172 | Lehrer, Rae | 90,540.57 | - | 90,540.57 |
| 173 | Lehrer, Rae ITF Jason & Perry Bogal | 26,000.00 | - | 26,000.00 |
| 174 | Lehrer, Stuart | 30,000.00 | - | 30,000.00 |
| 175 | Libhart, Daniel Libhart, Melissa | 30,000.00 | - | 30,000.00 |
| 176 | Lipschitz, Adrienne | 25,000.00 | (18,000.00) | 7,000.00 |
| 177 | Locker, Bernice FBO Fiserv ISS & Co. | 25,000.00 | (16,900.00) | 8,100.00 |
| 178 | Locker, Lois Serota | 20,000.00 | - | 20,000.00 |
| 179 | Logan, Lisa L. | 10,000.00 | (5,000.00) | 5,000.00 |
| 180 | Lopez, Victor E. | 40,000.00 | (20,000.00) | 20,000.00 |
| 181 | Lowenstein, Ethel | 3,277,354.12 | (78,600.00) | 3,198,754.12 |
| 182 | Lowenstein, Lance Lowenstein, Amy | 346,190.35 | (82,431.84) | 263,758.51 |
| 183 | Lowenstein, Richard Lowenstein, Ethel Lowenstein, George | 781,178.40 | (756,904.01) | 24,274.39 |
| 184 | Macatee Inc. Attn.: R. Swirnow | 26,333.33 | - | 26,333.33 |
| 185 | Macmaster, Marjorie | 20,000.00 | - | 20,000.00 |
| 186 | Madigan Revoc. Trust Joseph & Jean Madigan TTEES | 75,000.00 | (15,000.00) | 60,000.00 |
| 187 | Markham, Gail Markham, David | 5,000.00 | - | 5,000.00 |
| 188 | Marks, Eugene - IRA | 18,000.00 | - | 18,000.00 |
| 189 | Marks, Lisa Rosen - IRA c/o Lysa's Buying Outlet | 19,734.51 | - | 19,734.51 |
| 190 | Marquardt, August J. | 6,000.00 | (3,000.00) | 3,000.00 |

Trans Continental Airlines Travel Service, Inc.
Stock -- Exhibit B

| | Name | Deposits | Withdrawals | Amount of Restitution |
|---|---|---|---|---|
| 191 | Mathis, David D. Liv Trust FBO David & Beverly Mathis TTEES | 1,119,220.00 | (401,110.00) | 718,110.00 |
| 192 | Mathis, David D. LT  FBO David D. & Beverly A. Mathis TTEE | 150,000.00 | - | 150,000.00 |
| 193 | Mazzoni, Leuis G. | 15,000.00 | (5,858.77) | 9,141.23 |
| 194 | McCormick, Bryan | 175,000.00 | - | 175,000.00 |
| 195 | McDermid, David M. | 20,000.00 | (10,000.00) | 10,000.00 |
| 196 | McDermid, Norman W. TTEE | 400,000.00 | (200,000.00) | 200,000.00 |
| 197 | McEntee, John R. | 58,049.33 | - | 58,049.33 |
| 198 | McEntee, Linda A. | 25,196.71 | - | 25,196.71 |
| 199 | McKatten, Bryan c/o Gregory Wright | 10,000.00 | - | 10,000.00 |
| 200 | McKatten, Bryan c/o Gregory Wright | 10,000.00 | - | 10,000.00 |
| 201 | Medea, Andra | 95,500.00 | - | 95,500.00 |
| 202 | Meltzer, Terry S. | 101,599.50 | (55,000.00) | 46,599.50 |
| 203 | Mesh, Andrea Mesh, Harry | 50,000.00 | (22,000.00) | 28,000.00 |
| 204 | Min Capital Corp Retirement Trust c/o Robert Friedman | 100,000.00 | - | 100,000.00 |
| 205 | Mitchell, Mary Lou | 2,000.00 | - | 2,000.00 |
| 206 | Montenegro, Gonzalo Montenegro, Diana Irinova | 23,745.47 | (19,000.00) | 4,745.47 |
| 207 | Morelli, Alexa | 8,000.00 | (6,000.00) | 2,000.00 |
| 208 | Morelli, Christian | 3,900.00 | | 3,900.00 |
| 209 | Murray, Genevieve | 54,866.13 | - | 54,866.13 |
| 210 | Nevler, Jordan Nevler, Leda | 191,296.23 | (189,700.00) | 1,596.23 |
| 211 | Occhiuto Jr., Ralph J. | 400,000.00 | - | 400,000.00 |
| 212 | Owens, Christopher | 30,000.00 | - | 30,000.00 |
| 213 | Pappert, Gwyneth B. | 103,000.00 | (15,000.00) | 88,000.00 |
| 214 | Pashayan, Christina | 11,000.00 | - | 11,000.00 |
| 215 | Pashayan, Dr. Maria Keogy | 83,088.75 | - | 83,088.75 |
| 216 | Pashayan, Dr. Maria IRA | 12,590.00 | - | 12,590.00 |
| 217 | Pashayan, Dr. Richard IRA | 12,500.00 | - | 12,500.00 |
| 218 | Pashayan, Laura | 15,500.00 | - | 15,500.00 |
| 219 | Pashayan, Melissa | 11,000.00 | - | 11,000.00 |
| 220 | Pashayan, Richard Pashayan, Maria | 1,005,216.23 | (608,758.94) | 396,457.29 |
| 221 | Pashyayan, Dr. Richard Keogh | 512,535.81 | - | 512,535.81 |
| 222 | Payne, C. Maurice | 5,000.00 | - | 5,000.00 |
| 223 | Payne, Rodney | 25,000.00 | - | 25,000.00 |

| | Name | Deposits | Withdrawals | Amount of Restitution |
|---|---|---|---|---|
| 224 | Perlman, Jerome S. IRA c/o Saloman Smith Barney | 43,000.00 | - | 43,000.00 |
| 225 | Plourde, Charles Plourde, Bernadete | 20,000.00 | - | 20,000.00 |
| 226 | Pontoriero, Rose Marie Pontoriero, Fred | 4,000.00 | (800.00) | 3,200.00 |
| 227 | Pozzouli, Michael Pozzouli, Juliette | 55,000.00 | (9,000.00) | 46,000.00 |
| 228 | Printz, Steven | 290,970.91 | (50,010.00) | 240,960.91 |
| 229 | Printz, Steven IRA Cowen & Co. Attn Rick Sica | 37,000.00 | - | 37,000.00 |
| 230 | Pruzansky, Bernard Purzansky, Hilda | 30,000.00 | - | 30,000.00 |
| 231 | R & R Trust | 70,000.00 | - | 70,000.00 |
| 232 | Rachles, Gloria | 30,000.00 | - | 30,000.00 |
| 233 | Rardin, Deborah | 12,000.00 | - | 12,000.00 |
| 234 | Raskin, Minna | 8,716.72 | - | 8,716.72 |
| 235 | Raskin, Minna  FBO Retirement Accounts, Inc. | 6,500.00 | (2,691.52) | 3,808.48 |
| 236 | Raskin, Sheldon  FBO Retirement Accounts, Inc. | 8,756.00 | (3,417.84) | 5,338.16 |
| 237 | Ratskoff, Ellyce | 20,033.80 | (19,500.00) | 533.80 |
| 238 | Reininger, Gary | 30,000.00 | (15,000.00) | 15,000.00 |
| 239 | Riverbluff Properties c/o Ralph Sikkema | 200,000.00 | - | 200,000.00 |
| 240 | Robinson III, Harry | 250,000.00 | - | 250,000.00 |
| 241 | Rodriguez, Zoe M. Rodriguez, Jorge L. | 5,000.00 | - | 5,000.00 |
| 242 | Roos, Patricia | 10,000.00 | - | 10,000.00 |
| 243 | Roos, Patricia Custodian For Nichloas A. Roos | 7,400.00 | (5,700.00) | 1,700.00 |
| 244 | Roos, Patricia J. - IRA | 3,940.00 | (1,970.00) | 1,970.00 |
| 245 | Roos, Rodger | 20,000.00 | - | 20,000.00 |
| 246 | Roos, William Roger  FBO Retirement Accounts, Inc. | 4,540.00 | (2,270.00) | 2,270.00 |
| 247 | Rosen, Paula | 1,780.00 | - | 1,780.00 |
| 248 | Rosen, Paula | 15,736.00 | (2,000.00) | 13,736.00 |
| 249 | Rosen, Paula - IRA | 4,000.00 | - | 4,000.00 |
| 250 | Rosen, Paula - IRA | 8,692.00 | - | 8,692.00 |
| 251 | Rossi, Peter | 100,000.00 | - | 100,000.00 |
| 252 | Rothaizer, Susan C. ITF Brian Downs | 35,000.00 | (8,000.00) | 27,000.00 |
| 253 | Rubin, Carl Rubin, Jackie | 200,000.00 | (52,000.00) | 148,000.00 |

|     | Name | Deposits | Withdrawals | Amount of Restitution |
|-----|------|----------|-------------|-----------------------|
| 254 | Ryan, Thomas J. | 4,000.00 | (2,000.00) | 2,000.00 |
| 255 | Sarin, Barry<br>Sarin, Sheryl | 129,208.11 | - | 129,208.11 |
| 256 | Sarin, Dr. Steven<br>Sarin, Barry | 197,000.00 | - | 197,000.00 |
| 257 | Sarin, Dr. Steven<br>Sarin, Harold | 20,000.00 | - | 20,000.00 |
| 258 | Sarin, Dr. Steven<br>Sarin, Harold | 109,208.12 | - | 109,208.12 |
| 259 | Sarin, Harold<br>Sarin, Barry | 42,000.00 | - | 42,000.00 |
| 260 | Sarin, Harold<br>Sarin, Helen | 20,000.00 | - | 20,000.00 |
| 261 | Sarin, Helen<br>Sarin, Steven | 22,000.00 | - | 22,000.00 |
| 262 | Sarin, Sheryl<br>Sarin, Barry | 20,000.00 | - | 20,000.00 |
| 263 | SCC Systems, Inc.<br>Attn.: R. Swirnow | 25,551.66 | (4,468.33) | 21,083.33 |
| 264 | Schaffner, Edwin K. | 154,000.00 | (52,829.49) | 101,170.51 |
| 265 | Schatzman, Ione | 25,000.00 | (13,000.00) | 12,000.00 |
| 266 | Schleisman, Brandon J. | 8,191.97 | - | 8,191.97 |
| 267 | Schleisman, James R. | 8,191.97 | (2,000.00) | 6,191.97 |
| 268 | Schmidt, Grace L. | 17,825.94 | (10,000.00) | 7,825.94 |
| 269 | Schwartz, Adeen | 117,012.45 | - | 117,012.45 |
| 270 | Schwartz, Adeen - IRA | 25,734.01 | - | 25,734.01 |
| 271 | Schwartz, Adeen - IRA | 113,180.04 | - | 113,180.04 |
| 272 | Schwartz, Adeen - IRA | 131,785.87 | | 131,785.87 |
| 273 | Schwartz, Jessica C. | 21,000.00 | - | 21,000.00 |
| 274 | Schwartz, Lawrence | 10,000.00 | - | 10,000.00 |
| 275 | Scuereb Bessie | 2,000.00 | - | 2,000.00 |
| 276 | Scuereb, Joseph A.<br>Scuereb, Angela | 10,000.00 | - | 10,000.00 |
| 277 | Shaffer, Ron M. | 2,000.00 | (1,000.00) | 1,000.00 |
| 278 | Sheeran, Mary<br>Sheeran, David P.<br>Sheeran, John J. | 17,416.38 | - | 17,416.38 |
| 279 | Shuler, Mary | 5,000.00 | - | 5,000.00 |
| 280 | Sieb Jr., Pete | 60,000.00 | (30,000.00) | 30,000.00 |
| 281 | Sikkema Familt Ltd Part | 90,000.00 | - | 90,000.00 |
| 282 | Sikkema Familt Ltd Part | 500,000.00 | - | 500,000.00 |
| 283 | Sikkema Familt Ltd Part | 600,000.00 | - | 600,000.00 |
| 284 | Sikkema Family Trust<br>Ralph & Margitta Sikkema<br>TTS | 800,000.00 | (400,000.00) | 400,000.00 |
| 285 | Sikkema Family Trust<br>Ralph & Margitta Sikkema<br>TTS | 2,100,000.00 | - | 2,100,000.00 |

| | Name | Deposits | Withdrawals | Amount of Restitution |
|---|---|---|---|---|
| 286 | Silva, Emmanuel Trust Emmanuel Silva TTEE | 600,000.00 | (77,117.00) | 522,883.00 |
| 287 | Simioni, Edward | 110,000.00 | - | 110,000.00 |
| 288 | Simioni, Pawqualina c/o Edward Simioni | 50,000.00 | - | 50,000.00 |
| 289 | Singer, Elizabeth | 23,466.18 | - | 23,466.18 |
| 290 | Smith, Michael | 89,600.00 | (18,300.00) | 71,300.00 |
| 291 | Solis, Alfonso | 290,729.68 | (76,000.00) | 214,729.68 |
| 292 | Solis, Irma G. | 46,000.00 | (11,000.00) | 35,000.00 |
| 293 | Solomita, Susan Solomita, Angelo | 46,000.00 | - | 46,000.00 |
| 294 | Solomita, Susan Solomita, Angelo | 52,800.00 | - | 52,800.00 |
| 295 | Sonet, Richard | 6,680.00 | - | 6,680.00 |
| 296 | Spitzer, Henry | 219,018.62 | (147,968.68) | 71,049.94 |
| 297 | Stoudt, Paul H. | 34,000.00 | (17,000.00) | 17,000.00 |
| 298 | Suazo, T. Treve | 20,000.00 | (19,500.00) | 500.00 |
| 299 | Sullivan, Arthur Liv Trust Arthur Sullivan TTEE | 500,000.00 | (294,100.72) | 205,899.28 |
| 300 | Susselman Trust Edith Susselman & Warren Huss TTEES | 22,490.74 | - | 22,490.74 |
| 301 | Swirnow, David E. | 21,083.33 | - | 21,083.33 |
| 302 | Swirnow, Rae | 17,500.00 | - | 17,500.00 |
| 303 | Thalrose, Dr. Milo T. | 245,000.00 | - | 245,000.00 |
| 304 | The Timepiece Collection | 313,809.50 | - | 313,809.50 |
| 305 | Tinker, Ricky Max Grantor Retained Annuity Trust | 25,000.00 | - | 25,000.00 |
| 306 | Troffa, Peter F. Troffa, Mary E. | 10,497.94 | (5,000.00) | 5,497.94 |
| 307 | Unger, Steven | 6,900.00 | - | 6,900.00 |
| 308 | Valdes, Nina Russo | 27,947.31 | (24,000.00) | 3,947.31 |
| 309 | Valente MD, Grace M. | 25,000.00 | - | 25,000.00 |
| 310 | Veloski, Chester Vesloski, Marguerite | 35,000.00 | (2,500.00) | 32,500.00 |
| 311 | Vesioski, Justin | 15,000.00 | - | 15,000.00 |
| 312 | Victor, Pradeep | 18,600.00 | (9,300.00) | 9,300.00 |
| 313 | Vlamis, Anthony | 26,862.92 | - | 26,862.92 |
| 314 | Vlamis, Steven A. | 12,694.89 | - | 12,694.89 |
| 315 | Vlamis, Susan | 26,862.92 | - | 26,862.92 |
| 316 | Volk, Anita Trust Edward J. Lauria TTEE | 23,830.00 | (9,797.00) | 14,033.00 |
| 317 | Walter, Gary | 10,000.00 | - | 10,000.00 |
| 318 | Walter, Harold | 129,799.99 | (53,616.77) | 76,183.22 |
| 319 | Ward, Elizabeth Erin | 36,000.00 | (6,000.00) | 30,000.00 |
| 320 | Weil, Max | 30,555.36 | - | 30,555.36 |
| 321 | White, William B. | 142,500.00 | (71,250.00) | 71,250.00 |
| 322 | Willis, Michelle L. Willis, William P. | 10,000.00 | (5,000.00) | 5,000.00 |

|     | Name | Deposits | Withdrawals | Amount of Restitution |
|-----|------|----------|-------------|----------------------|
| 323 | Winikoff, Ben | 758,501.45 | - | 758,501.45 |
| 324 | Wolmetz, Anita Kagan | 273,750.00 | (246,800.00) | 26,950.00 |
| 325 | Wolmetz, Anita Kagan SEP | 23,919.65 | - | 23,919.65 |
| 326 | Wolmetz, Lawrence<br>Kanaplue, Thomas | 24,500.00 | (10,000.00) | 14,500.00 |
| 327 | Wright, Betsy S. IRA<br>Ameriprise/M. Rottella | 126,020.00 | (100,000.00) | 26,020.00 |
| 328 | Wright, Gregory F. IRA | 62,784.41 | - | 62,784.41 |
| 329 | Wuest, Jack | 100,000.00 | (75,006.00) | 24,994.00 |
| 330 | Young, Michael A. | 68,000.00 | (19,000.00) | 49,000.00 |
| 331 | Young, R. Marilyn | 10,000.00 | (1,202.92) | 8,797.08 |
| 332 | Young, William H. | 711,000.00 | (481,203.65) | 229,796.35 |
| 333 | Zeig, Ann<br>Zeig MD, Norman | 223,330.11 | - | 223,330.11 |
| 334 | Zeitlin, Ester ITF<br>Laurence Zeitlin<br>Robert Zeitlin<br>Warren Zeitlin | 6,000.00 | - | 6,000.00 |
| 335 | | 55,708,015.70 | (13,488,157.52) | 42,219,858.18 |
| 336 | | | | |
| 337 | | | | |
| 338 | | | | |
| 339 | | | | |
| 340 | | | | |
| 341 | | | | |
| 342 | | | | |
| 343 | | | | |
| 344 | | | | |
| 345 | | | | |
| 346 | | | | |
| 347 | | | | |
| 348 | | | | |
| 349 | | | | |
| 350 | | | | |
| 351 | | | | |
| 352 | | | | |
| 353 | | | | |
| 354 | | | | |
| 355 | | | | |
| 356 | | | | |
| 357 | | | | |
| 358 | | | | |
| 359 | | | | |
| 360 | | | | |
| 361 | | | | |
| 362 | | | | |
| 363 | | | | |
| 364 | | | | |
| 365 | | | | |